1030

[No. 56783-7-I. Division One. December 26, 2006.]

BLAINE DAVIS, *Respondent*, v. WILLIAM P. GUIMONT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-12570-7, Ronald L. Castleberry, J., entered July 28, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 33062-8-II. Division Two. December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEE PATE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01538-1, Russell W. Hartman, J., entered March 25, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 33183-7-II. Division Two. December 26, 2006.]

THE CITY OF PORT ORCHARD, *Petitioner*, v. MARGIE ROLFS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01032-0, Gary Tabor, J., entered April 1, 2005. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Hunt, J.